1  NANCY L. STAGG CA Bar No. 157034
      nstagg@foley.com
   **FOLEY & LARDNER LLP**
2  402 WEST BROADWAY, SUITE 2100
   SAN DIEGO, CA 92101-3542
3  TELEPHONE:      619.685.6454
   FACSIMILE:      619.234.3510

4  ANDREW B. SERWIN CA Bar No. 179493
      aserwin@foley.com
   TAMMY H. BOGGS CA Bar No. 252538
5     tboggs@foley.com
   **FOLEY & LARDNER LLP**
6  3579 VALLEY CENTRE DRIVE, SUITE 300
   SAN DIEGO, CA 92130-3302
   TELEPHONE:      858.847.6700
7  FACSIMILE:      858.792.6773

8  EILEEN R. RIDLEY CA Bar No. 151735
      eridley@foley.com
   **FOLEY & LARDNER LLP**
9  555 CALIFORNIA STREET, SUITE 1700
   SAN FRANCISCO, CA 94104-1520
   TELEPHONE:      415.434.4484
10 FACSIMILE:      415.434.4507

11 Attorneys for Defendant,
   RAMADA WORLDWIDE INC.

12

13                 **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15 LATROYA SIMPSON, INDIVIDUALLY AND ON        Case No:  12-CV-05029 PSG
   BEHALF OF ALL OTHERS SIMILARLY SITUATED,
16
                    PLAINTIFF,                 **STIPULATION AND [PROPOSED]**
17                                             **ORDER ON BRIEFING AND HEARING**
        V.                                     **SCHEDULE RELATING TO**
18                                             **DEFENDANTS' MOTIONS TO**
   RAMADA WORLDWIDE INC.; AND DOES 1           **DISMISS/STRIKE**
19 THROUGH 10,

20                  DEFENDANTS.                CLASS ACTION

21
                                              CASE REMOVED: 09/27/12
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING SCHEDULE RELATING TO
DEFENDANTS' MOTIONS TO STRIKE
CASE NO. 12-CV-05029 PSG

4852-4273-1281.1

1

**STIPULATION**

2     Based on Defendant Ramada Worldwide Inc.'s Administrative Motion to Consider

3  Whether Cases Should be Related, the parties to this action, as well as to the two cases sought to

4  be related to this case, *Joyce Roberts v. Wyndham International, Inc., et al.*, Case No. 12-CV-

5  05083-KAW, ("the *Roberts* action"); *Joyce Roberts and Latroya Simpson v. Wyndham*

6  *International, Inc., et al.*, Case No. 12-CV-05180-EDL, ("the *Roberts/Simpson* action"), by and

7  through their undersigned counsel, stipulate and agree as follows:

8     1.     In the event the Court issues an Order relating the *Roberts* and *Roberts/Simpson*

9  cases to the *Simpson* case and reassigning all three cases to Magistrate Judge Grewal, and the

10 initial responsive pleading motions of the Defendants are to be re-set for hearing in front of

11 Magistrate Judge Grewal, the parties stipulate and request that the Court order the following

12 briefing and hearing schedule for all three cases:

13     A.     Plaintiffs' oppositions to Defendants' motions, previously filed, shall be

14 ordered filed and served on November 2, 2012;

15     B.     Defendants' replies to Plaintiffs' oppositions shall be ordered filed and

16 served on November 13, 2012; and

17     C.     The hearing on such motions shall be held at 10:00 am. on November 27,

18 2012, along with any Case Management Conferences required by the Court.

19 No previous continuances or extensions have been sought by any of the parties in these actions.

20     IT IS SO STIPULATED.

21

22 Dated:  October 16, 2012               **KELLER GROVER LLP**
                                          ERIC A. GROVER
23                                        CAREY GAVIN BEEN

24

25                                        By:  /s/ Eric A. Grover
                                               ERIC A. GROVER
26                                             ATTORNEYS FOR PLAINTIFF LATROYA
                                               SIMPSON
27

28

STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING SCHEDULE RELATING TO
DEFENDANTS' MOTIONS TO STRIKE
CASE NO. 12-CV-05029 PSG

4852-4273-1281.1

Dated:  October 16, 2012

**FOLEY & LARDNER LLP**
NANCY L. STAGG
ANDREW B. SERWIN
EILEEN R. RIDLEY
TAMMY H. BOGGS


By:  /s/ Nancy L. Stagg _____
       NANCY L. STAGG
       ATTORNEYS FOR DEFENDANT RAMADA
       WORLDWIDE INC.


[~~PROPOSED~~] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Plaintiffs' oppositions to

Defendants' responsive pleading motions, previously filed, shall be ordered filed and served on

November 2, 2012.  Defendants' replies to Plaintiffs' oppositions shall be ordered filed and

served on November 13, 2012; and the hearing on such motions shall be held at 10:00 am. on

November 27, 2012, along with a Case Management Conference in each action.

IT IS SO ORDERED.


Dated: October 17, 2012

_____
HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING AND HEARING SCHEDULE RELATING TO
DEFENDANTS' MOTIONS TO STRIKE
CASE NO. 12-CV-05029 PSG

4852-4273-1281.1